# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | No. 23-CR-105-1 (ABB) |
| **RICARDO BATISTA** | : | |
| | : | |

## ORDER

Upon independent review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga, and the transcript of the guilty plea proceedings, it is **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**.  I accept the guilty plea of Ricardo Batista entered on February 5, 2024.  Sentence will be imposed on **Monday, May 20, 2024 at 10:30a.m.,** in Courtroom **7B.**

BY THE COURT:

s/ANITA B. BRODY, J.
_____
**HONORABLE ANITA B. BRODY**
*United States District Court Judge*
*Eastern District of Pennsylvania*
 February 6, 2024